Raymond and Raymond
Attorneys at Law
7 Glenwood Avenue, 4TH Floor
East Orange, New Jersey 07017
(973) 675-5622; (408) 519-6711 Telefax
Email: herbertraymond@gmail.com
Herbert B. Raymond; Jeffrey M. Raymond; Kevin de Lyon
Attorneys for the Creditor(s)

---

| | |
|---|---|
| IN RE: | UNITED STATES BANKRUPTCY COURT |
| | DISTRICT OF NEW JERSEY |
| | CHAPTER 13 |
| | CASE NO.: 20-10126 (SLM) |
| ANNIE L. EVANS, | |
| Debtor(s). | |
| ANNIE L. EVANS | Adv. Pro. No.: 20-01029 (SLM) |
| Plaintiff, | |
| V. | |
| TOWER DBW REO VI, LLC, | |
| Defendant. | |

**STIPULATION EXTENDING TIME**
**TO ANSWER INTERROGATORIES**

That the parties hereby agree to an extension of the time to allow the Debtor to respond/answer interrogatories served by the Defendant to February 1, 2021.

/S/ HERBERT B. RAYMOND, ESQ.
--------------------------------    Dated: December 11, 2020
Raymond & Raymond, Esqs.
By: Herbert B. Raymond, Esq.
Attorneys for the Debtor-Plaintiff


/S/ ADAM GREENBERG, ESQ.
--------------------------------    Dated: December 11, 2020
Honig & Greenberg, LLC
By: Adam D. Greenberg, Esq.
Attorneys for the Defendant,
Tower Dbw Reo VI, LLC